FILED

6/10/2019

Clerk, U.S. District Court
District of Montana
Helena Division

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| JEAN ANN WOLFE, | * No. CV-18-59-BU-SEH |
| Plaintiff, | * **ORDER OF DISMISSAL** |
| v. | * **WITH PREJUDICE** |
| SAFEWAY, INC. and DOES 1-10 | * |
| Defendants. | * |

The parties having filed a Stipulation for Dismissal With Prejudice,

ORDERED:

The above-entitled action is dismissed on the merits, with prejudice, as fully and finally compromised, each party to pay their own costs.

DATED this 10th day of June, 2019.

*/s/ Sam E. Haddon*
Sam E. Haddon
United States District Judge